The People of the State of New York, Respondent, 
against
William Rivera, Defendant-Appellant.
Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Harold Adler, J.), rendered September 23, 2014, convicting him, upon his plea of guilty, of disorderly conduct, and imposing sentence.
Per Curiam.
Judgment of conviction (Harold Adler, J.), rendered September 23, 2014, reversed, on the law, and matter remanded for further proceedings on the accusatory instrument.
The record fails to support the conclusion that defendant's guilty plea was knowing, intelligent and voluntary. The court did not ask defendant any questions during the plea proceeding and defendant did not speak; nor was defendant advised of any constitutional rights he was waiving (see People v Moore, 24 NY3d 1030 [2014]; People v Tyrell, 22 NY3d 359, 365—366 [2013] ["[p]resuming waiver from a silent record is impermissible" (citation omitted)]). However, we decline to dismiss the accusatory instrument, since it cannot be said that no penological purpose would be served by reinstating the proceedings (see People v Conceicao, 26 NY3d 375, 385 n 1 [2015]; People v Teron, 135 AD3d 586 [2016]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: June 5, 2020